IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN PERRY,

    **Plaintiff,**

v.                                                         Civil Action No. 3:23cv728

UNKNOWN,

    **Defendant.**

## MEMORANDUM OPINION

Plaintiff, who appears to be civilly committed and proceeding *pro se*, submitted a letter requesting the "Court's help with providing me with the completion of five (5) 1983 forms and five (5) [in] forma pauperis forms." (ECF No. 1, at 1.) By Memorandum Order entered on November 20, 2023, the Court explained that it cannot provide Plaintiff with legal advice and cannot assist him with filling out forms. Nevertheless, the Court sent Plaintiff a form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 1/9/2024                                                       /s/ M. Hannah Lauck
Richmond, Virginia                                    United States District Judge